IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 11-00937 SOM |
|---|---|---|
| Plaintiff, | ) | ORDER REGARDING MOTIONS AND CORRESPONDENCE |
| vs. | ) | |
| DAVID VERDEN WILLIAMS, JR. | ) | |
| Defendant. | ) | |

**ORDER REGARDING MOTIONS AND CORRESPONDENCE**

Defendant David Verden Williams has filed several motions and has sent this court a letter. It appears to this court that Williams is complaining about ineffective assistance of counsel under 28 U.S.C. § 2255, as well as asserting common law claims and claims under 42 U.S.C. § 1983 relating to injuries he says he suffered while at the Federal Detention Center in Honolulu.

If Williams is asserting an ineffective assistance of counsel claim, this court proposes to forward his claim to the Ninth Circuit, as this would be a second or successive petition under § 2255 that requires certification by the Ninth Circuit. This court here asks Williams, no later than February 18, 2019, to clarify whether it is his intent to proceed under § 2255. If he does intend to proceed under § 2255, then either this court will forward his correspondence to the Ninth Circuit or he should himself seek certification from the Ninth Circuit.

If Williams is bringing any claim under § 1983, then Williams is asked to complete the court's form for such claims. The Clerk of Court is directed to enclose that form with a copy of this order. Williams may want to look into whether the statute of limitations poses any bar to such a claim. The court cannot tell from the recent filing when the alleged injury occurred.

In the meantime, the court stays the motions pending further information from Williams.

To summarize, Williams should notify this court by February 18, 2019, whether he is seeking relief under 28 U.S.C. § 2255. If he is also or alternatively bringing a § 1983 claim, he should complete the § 1983 complaint form, which the Clerk should send him.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States of America v. David Verden Williams, Jr.
CR. NO. 11-00937 SOM
ORDER REGARDING MOTIONS AND CORRESPONDENCE